IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CV-81-FL

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFAULT** |
| $33,220.75 IN U. S. CURRENCY, | ) |
| Defendant. | ) |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 4th day of June, 2012.

JULIE A. RICHARDS
Clerk

BY: *Julie A. Richards*
Clerk
United States District Court